1  Benjamin G. Shatz (Cal. Bar No. 160229)
   MANATT, PHELPS & PHILLIPS, LLP
2  11355 West Olympic Boulevard
   Los Angeles, CA 90064-1614
3  Telephone: (310) 312-4000
   Facsimile: (310) 312-4224
4  E-mail: bshatz@manatt.com

5  Ronald S. Rauchberg (admitted *pro hac vice*)
   PROSKAUER ROSE LLP
6  2049 Century Park East, 32nd Floor
   Los Angeles, CA 90067-3206
7  Telephone: (310) 557-2900
   Facsimile: (310) 557-2193
8  E-mail: rrauchberg@proskauer.com

9  Attorneys for Defendant
   SONY PICTURES, ENTERTAINMENT INC.



Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION (SPRING STREET)

| | |
|---|---|
| NANCEY SILVERS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SONY PICTURES,<br>ENTERTAINMENT INC., et al.,<br><br>　　　　Defendants. | No. CV00—6386—SVW—(RCx)<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>The Honorable Stephen V. Wilson<br>Courtroom 6 |

THE PARTIES TO THIS ACTION HEREBY STIPULATE through their designated attorneys of record that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).



MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

5948/65015-001 Current/8419651v1                                              03/29/2006 03 54 PM

| | | |
|---|---|---|
| 1 | Dated: April 3, 2006 | GELFAND RAPPAPORT & GLASER |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Steven Glaser<br>Attorneys for Plaintiff |
| 5 | | Nancey Silvers |
| 6 | | |
| 7 | Dated: April 20, 2006 | PROSKAUER ROSE LLP<br>Ronald S. Rauchberg |
| 8 | | MANATT, PHELPS & PHILLIPS, LLP |
| 9 | | |
| 10 | | By: /s/ Ronald S. Rauchberg |
| 11 | | ~~Benjamin G. Shatz~~<br>Attorneys for Defendant |
| 12 | | Sony Pictures Entertainment Inc. |

40986285.1

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

2